IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES M. BAY, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:08cv376 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| CLERMONT COUNTY SHERIFF'S : | |
| DEPARTMENT, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on June 15, 2009 (Doc. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 31, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendant's Motion to Dismiss the Clermont County Sheriff's Department (Doc 13) is **GRANTED.**

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court