IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| James M. Bay,               : | |
| :                            | |
| Plaintiff(s),    : | |
| :                            | Case Number: 1:08cv376 |
| vs.            : | |
| :                            | Chief Judge Susan J. Dlott |
| Sheriff A. J. Rodenberg,     : | |
| :                            | |
| Defendant(s).    : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on June 16, 2010 (Doc. 47), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 7, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the Defendants' motion to dismiss (Doc. 37) is **DENIED.**  Plaintiff is put on notice that the Court will not grant any further extensions.

Plaintiff's failure to comply with future orders and deadlines of this Court will cause this case to be terminated pursuant to Rule 37(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court